UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:17-CV-00046-JAW

| | |
|---|---|
| **Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10** | |
| Plaintiff | PLAINTIFF'S CONSENTED MOTION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| **Virginia M. DeBoer** | RE: 1634 H Road, Acton, ME 04001 |
| Defendant | Mortgage:<br>February 23, 2007<br>Book 15093, Page 0562 |

NOW COMES the Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10, and hereby respectfully requests that this Honorable Court dismiss this action without prejudice and without costs to either party.  As grounds therefore, the Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 states that the Defendant, Virginia M. Deboer, has completed a Deed in Lieu on the subject mortgage, which has led to a mutual resolution of this matter.  The Defendant, Virginia M. Deboer, consents to the bringing and granting of this motion.

WHEREFORE, the Plaintiff, respectfully requests that this Honorable Court dismiss the matter without prejudice and without costs to any parties.

DATED: March 17, 2017                    /s/ John A. Doonan, Esq.
                                         John A. Doonan, Esq., Bar No. 3250
                                         Attorney for Plaintiff
                                         Doonan, Graves & Longoria, LLC
                                         100 Cummings Center, Suite 225D
                                         Beverly, MA 01915
                                         (978) 921-2670

## CERTIFICATE OF SERVICE

  I, John A. Doonan, Esq., do hereby certify that on March 17, 2017, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

<u>/s/ John A. Doonan, Esq.</u>
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

Virginia M. Deboer
1634 H Road
Acton, ME 04001

Virginia M. Deboer
PO Box 60
Acton, ME 04001